IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CLAYTON LAMONT HOWARD,

       Plaintiff,

    v.

FOSTER GLASS, PEGGY GLASS,
ALEXANDER WHITE, KRISTIN MILLER,

      Defendants.

_____

Civ. No. 6:15-cv-1994-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (#29), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo. United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (#29) is adopted. The United States' motion to dismiss (#12) is GRANTED. The court declines to exercise supplemental jurisdiction over the state law claims. This matter is remanded and any remaining motions are denied as moot.

IT IS SO ORDERED.

    DATED this 24th day of May, 2016.

                _____/s/ Michael J. McShane_____
                      Michael McShane
                  United States District Judge